# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
JUST RITE HOME SERVICES, INC. §   Case No. 10-08641
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ $^{2}$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ $^{2}$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/JOSEPH E. COHEN_____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^{2}$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 10-08641 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | JUST RITE HOME SERVICES, INC. | Date Filed (f) or Converted (c): | 03/01/10 (f) |
| | | 341(a) Meeting Date: | 03/29/10 |
| For Period Ending: | 10/30/13 | Claims Bar Date: | 12/23/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Deposits of Money (NorStates Bank) | 2,600.00 | 0.00 | | 0.00 | 0.00 |
| 2. Deposits of Money (Fifth Third Bank) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 3. Deposits of Money (Harris Bank) | 200.00 | 0.00 | | 0.00 | 0.00 |
| 4. Deposits of Money (McHenry State Bank) | 100.00 | 0.00 | | 0.00 | 0.00 |
| 5. Accounts Receivable (List Available) | 200,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. 2004 Chevrolet Dump Truck | 12,000.00 | 0.00 | | 7,500.00 | 0.00 |
| 7. 2007 Ford Dump Truck | 20,000.00 | 0.00 | | 14,000.00 | 0.00 |
| 8. 1992 Ford Dump Truck | 8,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. 1996 Trail Tech Trailer | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 10. 2000 Hogwild Trailer | 1,500.00 | 0.00 | | 600.00 | 0.00 |
| 11. 2002 Hudson Trailer | 2,000.00 | 0.00 | | 1,750.00 | 0.00 |
| 12. Homemade Trailer | 800.00 | 0.00 | | 450.00 | 0.00 |
| 13. New Holand Tractor/Loader | 15,000.00 | 0.00 | | 9,000.00 | 0.00 |
| 14. New Holland Tractor/Loader | 20,000.00 | 0.00 | | 8,000.00 | 0.00 |
| 15. Kubota Tractor/Loader | 15,000.00 | 0.00 | | 0.00 | 0.00 |
| 16. Two Bucket Attachments | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 17. Two Fork Attachments | 1,600.00 | 0.00 | | 0.00 | 0.00 |
| 18. Two Jaw Attachments | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 19. Caretree 36&quot; Tree Spade | 10,000.00 | 0.00 | | 1,750.00 | 0.00 |
| 20. Caretree 28&quot; Tree Spade | 8,000.00 | 0.00 | | 2,750.00 | 0.00 |
| 21. Caretree 24&quot; Tree Space | 8,000.00 | 0.00 | | 3,250.00 | 0.00 |
| 22. Two Mowers and Four Golf Carts | 8,000.00 | 0.00 | | 0.00 | 0.00 |
| 23. Misc Power and Hand Tools | 10,000.00 | 0.00 | | 0.00 | 0.00 |
| 24. Cultivator | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| 25. Bushhog and Gill Cultivator | 3,500.00 | 0.00 | | 0.00 | 0.00 |
| 26. Inventory; Equipment; Office Furniture; and Nurser | 2,500,000.00 | 0.00 | | 151,846.28 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

Case No:   10-08641   ABG   Judge: A. BENJAMIN GOLDGAR  
Case Name:   JUST RITE HOME SERVICES, INC.

Trustee Name:   JOSEPH E. COHEN  
Date Filed (f) or Converted (c):   03/01/10 (f)  
341(a) Meeting Date:   03/29/10  
Claims Bar Date:   12/23/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. SURPLUS FROM SALE OF VEHICLE (u) | 0.00 | 1,400.00 | | 1,376.91 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 78.97 | Unknown |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,857,300.00 | $1,400.00 | | $202,352.16 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS EMPLOYING AN AUCTIONEER TO CONDUCT A PUBLIC AUCTION OF THE DEBTORS ASSETS.  TRUSTEE HAS SOLD THE ASSETS OF
THE DEBTOR AND REALIZED $154,896.00 IN SALE PROCEEDS.  TRUSTEE HAS DISBURSED MAJORITY OF FUNDS TO SECURED LENDER.
TRUSTEE ALSO CONDUCTING A PREFERENCE AND FRAUDULENT CONVEYANCE ANAYLSIS.  TRUSTEE TO START PREPARING HIS FINAL REPORT.

Initial Projected Date of Final Report (TFR): 06/30/13        Current Projected Date of Final Report (TFR): 10/31/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-08641 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | JUST RITE HOME SERVICES, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2010  Checking Account |
| Taxpayer ID No: | *******3218 | | |
| For Period Ending: | 10/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 2,240.10 | | 2,240.10 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 9,619.11 | | 11,859.21 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.31 | 11,851.90 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.55 | 11,844.35 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.30 | 11,837.05 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.54 | 11,829.51 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.58 | 11,811.93 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 12.43 | 11,799.50 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.86 | 11,783.64 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.53 | 11,766.11 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.93 | 11,749.18 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.47 | 11,731.71 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.88 | 11,714.83 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.42 | 11,697.41 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.39 | 11,680.02 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.81 | 11,663.21 |

Page Subtotals  11,859.21  196.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 17.03a

FORM 2

Page: 2

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-08641 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | JUST RITE HOME SERVICES, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2010  Checking Account |
| Taxpayer ID No: | *******3218 | | |
| For Period Ending: | 10/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 11,859.21 | 196.00 | 11,663.21 |
| | | | Less: Bank Transfers/CD's | | 11,859.21 | 0.00 | |
| | | | Subtotal | | 0.00 | 196.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 196.00 | |

Page Subtotals       0.00        0.00

Case 10-08641 Doc 66 Filed 11/14/13 Entered 11/14/13 22:23:49 Desc Main
Document Page 7 of 19

Page: 3

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-08641 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | JUST RITE HOME SERVICES, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1244 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3218 | | |
| For Period Ending: | 10/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/30/10 | 26 | Jackie Williams | Sale proceeds | 1129-000 | 35,000.00 | | 35,000.00 |
| 04/12/10 | 26 | Jackie Williams/Papagani | Sale proceeds | 1129-000 | 5,000.00 | | 40,000.00 |
| 04/19/10 | 26 | Papanani Inc. | Sale proceeds | 1129-000 | 5,000.00 | | 45,000.00 |
| 04/26/10 | 26 | JACKIE WILLIAMS/PAPAGANI | Sale proceeds | 1129-000 | 5,000.00 | | 50,000.00 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 1.11 | | 50,001.11 |
| 05/03/10 | 26 | JACKIE WILLIAMS/PAPAGANI | Sale proceeds | 1129-000 | 5,000.00 | | 55,001.11 |
| 05/03/10 | 26 | JACKIE WILLIAMS/PAPAGANI | Sale proceeds | 1129-000 | 26,000.00 | | 81,001.11 |
| 05/19/10 | 26 | American Auction Associates, Inc. | Sale proceeds | 1129-000 | 29,396.28 | | 110,397.39 |
| 05/19/10 | 27 | GMAC | Sale of Vehicle Surplus | 1229-000 | 1,376.91 | | 111,774.30 |
| | | | Sale of Vehicle | | | | |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.68 | | 111,777.98 |
| 06/01/10 | * NOTE * | AMERICAN AUCTION ASSOCIATES INC. | Sale proceeds | 1129-000 | 90,500.00 | | 202,277.98 |
| | | | * NOTE * Properties 6, 7, 10, 11, 12, 13, 14, 19, 20, 21, 26 | | | | |
| 06/09/10 | 000301 | FORD MOTOR CREDIT | Payment of secured claim | 4210-000 | | 3,894.45 | 198,383.53 |
| | | | ACCT NO: 42385522 | | | | |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 7.82 | | 198,391.35 |
| 07/14/10 | 000302 | American Auction Associates, Inc. | Auctioneer Expenses | | | 6,381.17 | 192,010.18 |
| | | | Auctioneer Expenses | | | | |
| | | | Fees 2,939.62 | 3610-000 | | | |
| | | | Expenses 3,441.55 | 3620-000 | | | |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.27 | | 192,018.45 |
| 08/10/10 | 000303 | Orsolini Bros. Inc. | Rent | 2410-000 | | 12,634.96 | 179,383.49 |
| | | | Rent | | | | |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.16 | | 179,391.65 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 7.49 | | 179,399.14 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 7.62 | | 179,406.76 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 7.37 | | 179,414.13 |

Page Subtotals 202,324.71 22,910.58

UST Form 101-7-TFR (5/1/2011) (Page: 7)

LFORM24

Ver: 17.03a

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-08641 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | JUST RITE HOME SERVICES, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1244 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3218 | | |
| For Period Ending: | 10/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 7.62 | | 179,421.75 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 7.62 | | 179,429.37 |
| 02/08/11 | | Transfer to Acct #*******1558 | TRANSFER TO WRITE CHECKS | 9999-000 | | 9,761.81 | 169,667.56 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.32 | | 169,668.88 |
| 03/29/11 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 83.03 | 169,585.85 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.44 | | 169,587.29 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.39 | | 169,588.68 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.45 | | 169,590.13 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.39 | | 169,591.52 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.44 | | 169,592.96 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.44 | | 169,594.40 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.39 | | 169,595.79 |
| 10/13/11 | | Transfer to Acct #*******1558 | TRANSFER TO WRITE CHECKS | 9999-000 | | 167,215.63 | 2,380.16 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.75 | | 2,380.91 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 112.98 | 2,267.93 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,267.95 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.80 | 2,265.15 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,265.17 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.79 | 2,262.38 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,262.40 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.97 | 2,259.43 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,259.45 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.69 | 2,256.76 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,256.78 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.77 | 2,254.01 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,254.03 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.86 | 2,251.17 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,251.19 |

Page Subtotals  27.39  177,190.33

**FORM 2**

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-08641 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | JUST RITE HOME SERVICES, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1244  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3218 | | |
| For Period Ending: | 10/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.86 | 2,248.33 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,248.35 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.67 | 2,245.68 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,245.70 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.95 | 2,242.75 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,242.77 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 2.67 | 2,240.10 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 2,240.10 | 0.00 |

|  |  | COLUMN TOTALS | 202,352.16 | 202,352.16 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less:  Bank Transfers/CD's | 0.00 | 179,217.54 | |
|  |  | Subtotal | 202,352.16 | 23,134.62 | |
|  |  | Less:  Payments to Debtors | | 0.00 | |
|  |  | Net | 202,352.16 | 23,134.62 | |

Page Subtotals          0.06          2,251.25

FORM 2

Page: 6

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-08641 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | JUST RITE HOME SERVICES, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1558 BofA - Checking Account |
| Taxpayer ID No: | *******3218 | | |
| For Period Ending: | 10/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/08/11 | | Transfer from Acct #*******1244 | TRANSFER TO WRITE CHECKS | 9999-000 | 9,761.81 | | 9,761.81 |
| 02/08/11 | 003001 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses | 3620-000 | | 9,761.81 | 0.00 |
| | | | Auctioneer Expenses | | | | |
| 10/13/11 | | Transfer from Acct #*******1244 | TRANSFER TO WRITE CHECKS | 9999-000 | 167,215.63 | | 167,215.63 |
| * 10/13/11 | 003002 | American Auction Associates, Inc. | Auctioneer Expenses | | | 15,761.81 | 151,453.82 |
| | | | Auctioneer Expenses | | | | |
| | | | Fees         6,000.00 | 3610-003 | | | |
| | | | Expenses     9,761.81 | 3620-003 | | | |
| 10/13/11 | 003003 | Joseph E. Cohen | Trustee Fees | 2100-000 | | 11,525.85 | 139,927.97 |
| | | | Trustee Fees | | | | |
| 10/13/11 | 003004 | Fifth Third Bank | Payment of secured claim | 4210-000 | | 137,848.83 | 2,079.14 |
| 10/13/11 | 003005 | CNH Capital | Payment of secured claim | 4210-000 | | 2,079.14 | 0.00 |
| | | P. O. Box 3600 | | | | | |
| | | Lancaster, PA 17604 | | | | | |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.15 | -19.15 |
| * 11/08/11 | 003002 | American Auction Associates, Inc. | Auctioneer Expenses | | | -15,761.81 | 15,742.66 |
| | | | Fees       ( 6,000.00 ) | 3610-003 | | | |
| | | | Expenses   ( 9,761.81 ) | 3620-003 | | | |
| 11/08/11 | 003006 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses | 3610-000 | | 6,000.00 | 9,742.66 |
| | | | Auctioneer Expenses | | | | |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.22 | 9,727.44 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.99 | 9,715.45 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.74 | 9,702.71 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.53 | 9,691.18 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.92 | 9,679.26 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.30 | 9,666.96 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.28 | 9,654.68 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.47 | 9,643.21 |

Page Subtotals          176,977.44     167,334.23

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-08641 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | JUST RITE HOME SERVICES, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1558 BofA - Checking Account |
| Taxpayer ID No: | *******3218 | | | |
| For Period Ending: | 10/30/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.65 | 9,630.56 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 11.45 | 9,619.11 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 9,619.11 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 176,977.44 | 176,977.44 | 0.00 |
| Less: Bank Transfers/CD's | 176,977.44 | 9,619.11 | |
| Subtotal | 0.00 | 167,358.33 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 167,358.33 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********2010 | 0.00 | 196.00 | 11,663.21 |
| Money Market Account (Interest Earn - ********1244 | 202,352.16 | 23,134.62 | 0.00 |
| BofA - Checking Account - ********1558 | 0.00 | 167,358.33 | 0.00 |
| | 202,352.16 | 190,688.95 | 11,663.21 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 9,643.21

| | | EXHIBIT A | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: October 30, 2013 |

Case Number: 10-08641  
Debtor Name: JUST RITE HOME SERVICES, INC.

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 3110-00 | COHEN & KROL<br>105 W. Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $6,482.14 | $6,482.14 |
| 001 3410-00 | COOKE & LEWIS, LTD.<br>2638 Patriot Blvd.<br>Suite 100<br>Glenview, IL 60026 | Administrative | | $0.00 | $2,897.50 | $2,897.50 |
| 000001 070 7100-00 | Orsolini Bros.<br>1032 Fieldstone Drive<br>Marco Island, FL 34145 | Unsecured | | $0.00 | $9,556.12 | $9,556.12 |
| 000002 050 4210-00 | Fifth Third Bank<br>1701 Golf Road - Tower One<br>Rolling Meadows, IL 60008 | Secured | | $0.00 | $1,707,604.52 | $1,707,604.52 |
| 000003 070 7100-00 | Leo Gentry Wholesale Nursery, Inc<br>PO Box 645<br>Gresham, OR 97030 | Unsecured | | $0.00 | $3,929.94 | $3,929.94 |
| 000004 070 7100-00 | Granbys Greenhouse Inc.<br>5850 West Waupecan Road<br>Verona, IL 60479 | Unsecured | | $0.00 | $1,362.64 | $1,362.64 |
| 000005 070 7100-00 | Lake Womack Nursery Inc.<br>4580 McMinnville Highway<br>Manchester, TN 37355 | Unsecured | | $0.00 | $11,410.00 | $11,410.00 |
| 000006 070 7100-00 | Homepages/American Marketing & Publishing<br>PO Box 982<br>Dekalb, IL 60115 | Unsecured | | $0.00 | $833.22 | $833.22 |
| 000007 070 7100-00 | Super Media formerly Idearc Media<br>5601 Executive Drive<br>Irving, Texas 75038 | Unsecured | | $0.00 | $1,958.52 | $1,958.52 |
| 000008 070 7100-00 | Richardson Brothers Inc.<br>P. O. Box 96<br>St. Elmo, IL 62471 | Unsecured | | $0.00 | $26,325.48 | $26,325.48 |
| 000009 070 7100-00 | David J. Axelrod & Associates<br>Attorney for Olson Oil Company, Inc.<br>1448 Old Skokie Road, Suite C<br>Highland Park, IL 60035 | Unsecured | | $0.00 | $12,793.04 | $12,793.04 |
| 000010 070 7100-00 | QT Signs<br>1391 Wright Boulevard<br>Schaumburg, IL 60193 | Unsecured | | $0.00 | $1,559.98 | $1,559.98 |
| 000011 070 7100-00 | CNH Capital America LLC<br>PO Box 3600<br>Lancaster, PA 17604 | Unsecured | | $0.00 | $2,793.99 | $2,793.99 |

| | | EXHIBIT A | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: October 30, 2013 |

Case Number:  10-08641  
Debtor Name:  JUST RITE HOME SERVICES, INC.  

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000012 070 7100-00 | Wolke Nursery c/o Taylor Law Office, P.C. PO Box 668 Effingham, IL 62401 | Unsecured | | $0.00 | $21,564.50 | $21,564.50 |
| 000013 070 7100-00 | Hartford Fire Insurance Company Bankruptcy Unit, T-1-55 Hartford Plaza Hartford, CT 06115 | Unsecured | | $0.00 | $62,863.49 | $62,863.49 |
| 000014 070 7100-00 | Virginia Wagner 22023 West Sarah Drive Lake Villa, IL 60046 | Unsecured | | $0.00 | $3,000.00 | $3,000.00 |
| 000015 070 7100-00 | Waste Management 2625 W. Grandview Rd. Ste. 150 Phoenix, AZ 85023 | Unsecured | | $0.00 | $1,497.84 | $1,497.84 |
| 000016 070 7100-00 | Basic Service Trucking Inc. P. O. Box 147 Marengo, IL 960152 | Unsecured | | $0.00 | $1,500.00 | $1,500.00 |
| 000017 070 7100-00 | Green Acres Landscaping Inc. c/o Carrie Zuniga 420 w. Clayton street Waukegan iL 60085 | Unsecured | | $0.00 | $28,999.88 | $28,999.88 |
| 000018 070 7100-00 | Eastern Shore Nursery of Virginia P. O. Box 69 Keller, VA 23401 | Unsecured | | $0.00 | $3,251.97 | $3,251.97 |
| 000019 070 7100-00 | Robert and Jackie Williams 27298 Volo Village Road Volo, IL 60073 | Unsecured | | $0.00 | $1,245,462.00 | $1,245,462.00 |
| 000020 070 7100-00 | Commerce, LLC,dba Commerce Corporation Patricia B Jefferson, Esquire Miles & Stockbridge PC 10 Light Street Baltimore, MD 21202 | Unsecured | | $0.00 | $5,042.32 | $5,042.32 |
| 000021 070 7100-00 | Western Equipment Finance,Inc. attn. Jon R. Brakke P.O. Box 1389 Fargo, N.D. 58107-1389 | Unsecured | | $0.00 | $4,010.42 | $4,010.42 |
| 000022 070 7100-00 | James Nursery Inc & Atrium 21481 North Highway 12 Lake Zurich, IL 60047 | Unsecured | | $0.00 | $29,517.50 | $29,517.50 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $0.00 | $95.46 | $95.46 |

CREGIS2  UST Form 101-7-TFR (5/1/2011) *(Page: 13)*    Printed: 10/30/13 11:36 AM    Ver: 17.03a

| | | EXHIBIT A | | |
|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | Date: October 30, 2013 |

Case Number: 10-08641  
Debtor Name: JUST RITE HOME SERVICES, INC.

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $3,196,312.47 | $3,196,312.47 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-08641
Case Name: JUST RITE HOME SERVICES, INC.
Trustee Name: JOSEPH E. COHEN

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL | $ | $ | $ |
| Attorney for Trustee Expenses: COHEN & KROL | $ | $ | $ |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD. | $ | $ | $ |
| Accountant for Trustee Expenses: COOKE & LEWIS, LTD. | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____
    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Orsolini Bros.<br>1032 Fieldstone Drive<br>Marco Island, FL 34145 | $ | $ | $ |
| 000003 | Leo Gentry Wholesale Nursery, Inc<br>PO Box 645<br>Gresham, OR 97030 | $ | $ | $ |
| 000004 | Granbys Greenhouse Inc.<br>5850 West Waupecan Road<br>Verona, IL 60479 | $ | $ | $ |
| 000005 | Lake Womack Nursery Inc.<br>4580 McMinnville Highway<br>Manchester, TN 37355 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Homepages/American Marketing & Publishing<br>PO Box 982<br>Dekalb, IL 60115 | $ | $ | $ |
| 000007 | Super Media formerly Idearc Media<br>5601 Executive Drive<br>Irving, Texas 75038 | $ | $ | $ |
| 000008 | Richardson Brothers Inc.<br>P. O. Box 96<br>St. Elmo, IL 62471 | $ | $ | $ |
| 000009 | David J. Axelrod & Associates<br>Attorney for Olson Oil Company, Inc.<br>1448 Old Skokie Road, Suite C<br>Highland Park, IL 60035 | $ | $ | $ |
| 000010 | QT Signs<br>1391 Wright Boulevard<br>Schaumburg, IL 60193 | $ | $ | $ |
| 000011 | CNH Capital America LLC<br>PO Box 3600<br>Lancaster, PA 17604 | $ | $ | $ |
| 000012 | Wolke Nursery<br>c/o Taylor Law Office, P.C.<br>PO Box 668<br>Effingham, IL 62401 | $ | $ | $ |
| 000013 | Hartford Fire Insurance Company<br>Bankruptcy Unit, T-1-55<br>Hartford Plaza<br>Hartford, CT 06115 | $ | $ | $ |
| 000014 | Virginia Wagner<br>22023 West Sarah Drive<br>Lake Villa, IL 60046 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | Waste Management<br>2625 W. Grandview Rd.<br>Ste. 150<br>Phoenix, AZ 85023 | $ | $ | $ |
| 000016 | Basic Service Trucking Inc.<br>P. O. Box 147<br>Marengo, IL 960152 | $ | $ | $ |
| 000017 | Green Acres Landscaping Inc.<br>c/o Carrie Zuniga<br>420 w. Clayton street<br>Waukegan iL 60085 | $ | $ | $ |
| 000018 | Eastern Shore Nursery of Virginia<br>P. O. Box 69<br>Keller, VA 23401 | $ | $ | $ |
| 000019 | Robert and Jackie Williams<br>27298 Volo Village Road<br>Volo, IL 60073 | $ | $ | $ |
| 000020 | Commerce, LLC,dba<br>Commerce Corporation<br>Patricia B Jefferson, Esquire<br>Miles & Stockbridge PC<br>10 Light Street<br>Baltimore, MD 21202 | $ | $ | $ |
| 000021 | Western Equipment Finance,Inc.<br>attn. Jon R. Brakke<br>P.O. Box 1389<br>Fargo, N.D. 58107-1389 | $ | $ | $ |
| 000022 | James Nursery Inc & Atrium<br>21481 North Highway 12<br>Lake Zurich, IL 60047 | $ | $ | $ |

Total to be paid to timely general unsecured creditors           $_____

Remaining Balance                                                                    $_____

      Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE