UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
JUST RITE HOME SERVICES, INC.             §    Case No. 10-08641
                                          §
         Debtor(s)                        §

AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
         CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 01/10/2014 in Courtroom ,
   North Branch Court
   1792 Nicole Lane
   Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____
                    Clerk, U.S. Bankruptcy Court


*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  §
  §
  §
JUST RITE HOME SERVICES, INC.  §  Case No. 10-08641
  §
  §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of  $

and approved disbursements of  $

leaving a balance on hand of[1]  $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL | $ | $ | $ |
| Attorney for Trustee Expenses: COHEN & KROL | $ | $ | $ |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD. | $ | $ | $ |
| Accountant for Trustee Expenses: COOKE & LEWIS, LTD. | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Orsolini Bros.<br>1032 Fieldstone Drive<br>Marco Island, FL 34145 | $ | $ | $ |
| 000003 | Leo Gentry Wholesale Nursery, Inc<br>PO Box 645<br>Gresham, OR 97030 | $ | $ | $ |
| 000004 | Granbys Greenhouse Inc.<br>5850 West Waupecan Road<br>Verona, IL 60479 | $ | $ | $ |
| 000005 | Lake Womack Nursery Inc.<br>4580 McMinnville Highway<br>Manchester, TN 37355 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Homepages/American Marketing & Publishing<br>PO Box 982<br>Dekalb, IL 60115 | $ | $ | $ |
| 000007 | Super Media formerly Idearc Media<br>5601 Executive Drive<br>Irving, Texas 75038 | $ | $ | $ |
| 000008 | Richardson Brothers Inc.<br>P. O. Box 96<br>St. Elmo, IL 62471 | $ | $ | $ |
| 000009 | David J. Axelrod & Associates<br>Attorney for Olson Oil Company, Inc.<br>1448 Old Skokie Road, Suite C<br>Highland Park, IL 60035 | $ | $ | $ |
| 000010 | QT Signs<br>1391 Wright Boulevard<br>Schaumburg, IL 60193 | $ | $ | $ |
| 000011 | CNH Capital America LLC<br>PO Box 3600<br>Lancaster, PA 17604 | $ | $ | $ |
| 000012 | Wolke Nursery<br>c/o Taylor Law Office, P.C.<br>PO Box 668<br>Effingham, IL 62401 | $ | $ | $ |
| 000013 | Hartford Fire Insurance Company<br>Bankruptcy Unit, T-1-55<br>Hartford Plaza<br>Hartford, CT 06115 | $ | $ | $ |
| 000014 | Virginia Wagner<br>22023 West Sarah Drive<br>Lake Villa, IL 60046 | $ | $ | $ |
| 000015 | Waste Management<br>2625 W. Grandview Rd.<br>Ste. 150<br>Phoenix, AZ 85023 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | Basic Service Trucking Inc.<br>P. O. Box 147<br>Marengo, IL 960152 | $ | $ | $ |
| 000017 | Green Acres Landscaping Inc.<br>c/o Carrie Zuniga<br>420 w. Clayton street<br>Waukegan iL 60085 | $ | $ | $ |
| 000018 | Eastern Shore Nursery of Virginia<br>P. O. Box 69<br>Keller, VA 23401 | $ | $ | $ |
| 000019 | Robert and Jackie Williams<br>27298 Volo Village Road<br>Volo, IL 60073 | $ | $ | $ |
| 000020 | Commerce, LLC, dba Commerce Corporation<br>Patricia B Jefferson, Esquire<br>Miles & Stockbridge PC<br>10 Light Street<br>Baltimore, MD 21202 | $ | $ | $ |
| 000021 | Western Equipment Finance, Inc.<br>attn. Jon R. Brakke<br>P.O. Box 1389<br>Fargo, N.D. 58107-1389 | $ | $ | $ |
| 000022 | James Nursery Inc & Atrium<br>21481 North Highway 12<br>Lake Zurich, IL 60047 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

　　　　Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.