# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
JUST RITE HOME SERVICES, INC. §    Case No. 10-08641
§
Debtor(s) §

## AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 01/10/2014 in Courtroom ,
North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____
Clerk, U.S. Bankruptcy Court

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
       §
JUST RITE HOME SERVICES, INC.  §   Case No. 10-08641
       §
       Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 202,352.16 |
| and approved disbursements of | $ | 190,688.95 |
| leaving a balance on hand of[1] | $ | 11,663.21 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 13,367.61 | $ 11,525.85 | $ 1,841.76 |
| Attorney for Trustee Fees: COHEN & KROL | $ 6,209.50 | $ 0.00 | $ 6,209.50 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 272.64 | $ 0.00 | $ 272.64 |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD. | $ 2,612.50 | $ 0.00 | $ 2,612.50 |
| Accountant for Trustee Expenses: COOKE & LEWIS, LTD. | $ 285.00 | $ 0.00 | $ 285.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 95.46 | $ 95.46 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 11,221.40 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

    Remaining Balance                                                         $      441.81

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,479,232.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Orsolini Bros.<br>1032 Fieldstone Drive<br>Marco Island, FL 34145 | $ 9,556.12 | $ 0.00 | $ 2.85 |
| 000003 | Leo Gentry Wholesale Nursery, Inc<br>PO Box 645<br>Gresham, OR 97030 | $ 3,929.94 | $ 0.00 | $ 1.17 |
| 000004 | Granbys Greenhouse Inc.<br>5850 West Waupecan Road<br>Verona, IL 60479 | $ 1,362.64 | $ 0.00 | $ 0.41 |
| 000005 | Lake Womack Nursery Inc.<br>4580 McMinnville Highway<br>Manchester, TN 37355 | $ 11,410.00 | $ 0.00 | $ 3.41 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Homepages/American Marketing & Publishing<br>PO Box 982<br>Dekalb, IL 60115 | $ 833.22 | $ 0.00 | $ 0.25 |
| 000007 | Super Media formerly Idearc Media<br>5601 Executive Drive<br>Irving, Texas 75038 | $ 1,958.52 | $ 0.00 | $ 0.58 |
| 000008 | Richardson Brothers Inc.<br>P. O. Box 96<br>St. Elmo, IL 62471 | $ 26,325.48 | $ 0.00 | $ 7.86 |
| 000009 | David J. Axelrod & Associates<br>Attorney for Olson Oil Company, Inc.<br>1448 Old Skokie Road, Suite C<br>Highland Park, IL 60035 | $ 12,793.04 | $ 0.00 | $ 3.83 |
| 000010 | QT Signs<br>1391 Wright Boulevard<br>Schaumburg, IL 60193 | $ 1,559.98 | $ 0.00 | $ 0.47 |
| 000011 | CNH Capital America LLC<br>PO Box 3600<br>Lancaster, PA 17604 | $ 2,793.99 | $ 0.00 | $ 0.83 |
| 000012 | Wolke Nursery<br>c/o Taylor Law Office, P.C.<br>PO Box 668<br>Effingham, IL 62401 | $ 21,564.50 | $ 0.00 | $ 6.44 |
| 000013 | Hartford Fire Insurance Company<br>Bankruptcy Unit, T-1-55 Hartford Plaza<br>Hartford, CT 06115 | $ 62,863.49 | $ 0.00 | $ 18.78 |
| 000014 | Virginia Wagner<br>22023 West Sarah Drive<br>Lake Villa, IL 60046 | $ 3,000.00 | $ 0.00 | $ 0.90 |
| 000015 | Waste Management<br>2625 W. Grandview Rd. Ste. 150<br>Phoenix, AZ 85023 | $ 1,497.84 | $ 0.00 | $ 0.45 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | Basic Service Trucking Inc. P. O. Box 147 Marengo, IL 960152 | $ 1,500.00 | $ 0.00 | $ 0.44 |
| 000017 | Green Acres Landscaping Inc. c/o Carrie Zuniga 420 w. Clayton street Waukegan iL 60085 | $ 28,999.88 | $ 0.00 | $ 8.66 |
| 000018 | Eastern Shore Nursery of Virginia P. O. Box 69 Keller, VA 23401 | $ 3,251.97 | $ 0.00 | $ 0.97 |
| 000019 | Robert and Jackie Williams 27298 Volo Village Road Volo, IL 60073 | $ 1,245,462.00 | $ 0.00 | $ 371.99 |
| 000020 | Commerce, LLC,dba Commerce Corporation Patricia B Jefferson, Esquire Miles & Stockbridge PC 10 Light Street Baltimore, MD 21202 | $ 5,042.32 | $ 0.00 | $ 1.51 |
| 000021 | Western Equipment Finance,Inc. attn. Jon R. Brakke P.O. Box 1389 Fargo, N.D. 58107-1389 | $ 4,010.42 | $ 0.00 | $ 1.20 |
| 000022 | James Nursery Inc & Atrium 21481 North Highway 12 Lake Zurich, IL 60047 | $ 29,517.50 | $ 0.00 | $ 8.81 |

| | | |
|---|---|---|
| | Total to be paid to timely general unsecured creditors | $ 441.81 |
| | Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-08641-ABG
Just Rite Home Services, Inc.                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: froman              Page 1 of 3              Date Rcvd: Dec 16, 2013
                               Form ID: pdf006           Total Noticed: 100

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2013.
```
db          +Just Rite Home Services, Inc.,    27298 Volo Village Road,    Volo, IL 60073-9000
15186666    +A TO Z Rental Center,    129 South Route 12,    Fox Lake, IL 60020-1770
15186667    +Active Telephone & Data,    P. O. Box 895,    Mount Prospect, IL 60056-0895
15186668    +Alley's Nursery,    2480 Bethany Road,    McMinnville, TN 37110-8207
15186669    +American Marketing & Publishing,    P. O. Box 801,    Dekalb, IL 60115-0801
15186670     American Nurseryman Publishing,    223 West Jackson Blvd #500,    Chicago, IL 60606-6904
15186671    +Atlas Bobcat Inc.,    552 South Rand Road,    Wauconda, IL 60084-2321
15186672    +B  B Nursery,    31827 Highway 12,    Volo, IL 60073-9796
15186673    +B & G Logistics Inc.,    4201 Doty Road,    Woodstock, IL 60098-7578
15186674    +Basic Service Trucking Inc.,    P. O. Box 147,    Marengo, IL 60152-0147
15186675    +Bobs Bullet Boring Inc.,    3701 Charlemain Drive,    Aurora, IL 60504-6574
15186677    +Browns Tree Farm,    151 John Brady Drive,    Pennsdale, PA 17756-8401
15186681     CNH Capital,    P. O. Box 0507,    Carol Stream, IL 60132-0507
15186680     CNH Capital,    Dept CH 10460,    Palatine, IL 60055-0460
18028966    +CNH Capital America LLC,    PO Box 3600,    Lancaster, PA 17604-3600
15186678    +Cass-Mill Nurseries Inc.,    6905 Middle Ridge Road,    Madison, OH 44057-3003
15186682     Commerce Corporation,    P. O. Box 64384,    Baltimore, MD 21264-4384
18286580    +Commerce, LLC,dba Commerce Corporation,    Patricia B Jefferson, Esquire,    Miles & Stockbridge PC,
              10 Light Street,    Baltimore, MD 21202-1402
15186683   #+Continental Craft Inc.,    2300 North Knox Avenue,    Chicago, IL 60639-3416
15186684    +Covers Nursery & Landscaping Co.,    2008 Barreville Road,    McHenry, IL 60050-8111
15186685    +Cruzans Nursery,    146 Harmony Road,    Bridgetoon, NJ 08302-5624
17980467    +David J. Axelrod & Associates,    Attorney for Olson Oil Company, Inc.,
              1448 Old Skokie Road, Suite C,    Highland Park, IL 60035-3041
15186687    +E. J. Varga,    Richmond, Illinois 60071
15186688    +Eastern Shore Nursery of Virginia,    P. O. Box 69,    Keller, VA 23401-0069
15731920   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    1701 Golf Road - Tower One,
              Rolling Meadows, IL 60008)
15186691   ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Corporation,    Bankruptcy Center,   P. O. Box 537901,
              Livonia, MI 48153)
15186690    +Fifth Third Bank,,    c/o David L. Hazan; Diver,,   Grach, Quade & Masini, LLP,
              111 N. County Street,    Waukegan, IL 60085-4344
15186692    +Fresh Starts Etc.,    70 Front Street 2nd Floor,    Berea, OH 44017-1950
15186693    +Gehl Finance,    BIN 88512,   Milwaukee, WI 53288-0001
15186694    +Gerdes Wholesale Nursery, Inc.,    20304 McGuire Road,    Harvard, IL 60033-8353
15186695    +Gordon Stade,    41W368 Freeman Road,    Huntley, IL 60142-8021
15186696    +Granbys Greenhouse Inc.,    5850 West Waupecan Road,    Verona, IL 60479-8027
15186697    +Green Acres Landscaping Inc.,    c/o Carrie Zuniga,    420 w. Clayton street,
              Waukegan iL 60085-4216
15186698    +Grower Equipment & Supply,    294 East Belvidere Road,    Hainesville, IL 60030-1039
15186699     Hartford  Insurance Company,    P. O. Box 2907,    Hartford, CT 06104-2907
18057424     Hartford Fire Insurance Company,    Bankruptcy Unit, T-1-55,    Hartford Plaza,
              Hartford, CT 06115
17929513    +Homepages/American Marketing & Publishing,    PO Box 982,    Dekalb, IL 60115-0982
15186702    +Hummingbird Greenhouse,    1847 Brickville Road,    Sycamore, IL 60178-8638
15186705  +++JAMES NURSERY INC & ATRIUM,    21481 N RAND RD,    KILDEER IL  60047-3061
             (address filed with court: James Nursery Inc & Atrium,    21481 North Highway 12,
              Lake Zurich, IL 60047)
15186706    +JCK Contractors Inc.,    17312 Kunde Road,    Union, IL 60180-9410
15186704    +Jackson & Perkins,    P. O. Box 9100,    Medford, OR 97501-0304
15186707    +Joel Shabsin & Associates Inc.,    105 Wood Stone Drive,    Buffalo Grove, IL 60089-6756
15186708    +Josph H. Huemann & Sons,    P. O. Box 218,    Ringwood, IL 60072-0218
15186710    +K G Horticultural Services LLC,    109 Martin Street,    Sharon, WI 53585-9769
15186711    +Laichas Nursery,    545 Zinns Mill Road,    Lebanon, PA 17042-8865
15186712    +Lake County Acute Care,    150 West Half Day Road,    Buffalo Grove, IL 60089-6591
15186713    +Lake Womack Nursery Inc.,    4580 McMinnville Highway,    Manchester, TN 37355-3801
15186714    +Langeveld Blub Co. Inc.,    3829 Paysphere Circle,    Chicago, IL 60674-0038
15186716    +Leo Gentry Nursery,    c/o Johnson, Morgan & White,    6800 Broken Sound Pkwy,
              Boca Raton, FL 33487-2721
15186715    +Leo Gentry Wholesale Nursery, Inc,    PO Box 645,    Gresham, OR 97030-0165
15186717    +Mark Werner,    6588 Lakeshore Drive,    Fox Lake, IL 60020-1076
15186718     Menards HSBC Business Solutions,    P. O. Box 5219,    Carol Sream, IL 60197-5219
15186719    +Moerings USA LLC,    19315 Carrico Mills Road,    Stevensburg, VA 22741-1945
15186720    +Montale Gardens,    25865 West Ivanhoe Road,    Wauconda, IL 60084-2366
15186721    +National Seed,    4720 Yender Avenue,    Lisle, IL 60532-1653
15186722    +Netherland Bulb Company,    13 McFadden Road,    Easton, PA 18045-7819
15186723     Northwest News Group,    7717 South Route 31,    Crystal Lake, IL 60014
15186724     Olson Oil Co. Inc.,    115 Old Skokie Highway,    Gurnee, IL 60031-7867
15186725    +Olson Oil Company,    c/o David J. Axelrod,    1448 Old Skokie Road,    Highland Park, IL 60035-3040
15186726    +Oosterhoff & Son,    c/o Elliott & McClure, P.C.,    123 West Washington Street,
              Momence, IL 60954-1519
```

```
District/off: 0752-1          User: froman              Page 2 of 3                   Date Rcvd: Dec 16, 2013
                              Form ID: pdf006           Total Noticed: 100


15186727     +Orsolini Bros.,   1032 Fieldstone Drive,    Marco Island, FL 34145-5412
15186728      Park Hill Plants & Trees,    P. O. Box 701438,    Tulsa, OK 74170-1438
15186729      Peter Snelten & Sons Inc.,    25000 South Old Rand Road,    Wauconda, IL 60084
15186730     +Plant Life Soils d/b/a New Plant Life,    0345 East Hupp Road,    LaPorte, IN 46350-9296
15186731     +QT Signs,   1391 Wright Boulevard,    Schaumburg, IL 60193-4425
15186733     +Richard Oosterhoff & Son,    2575 South 8000 East Road,    Momence, IL 60954-3396
15186734     +Richardson Brothers Inc.,    P. O. Box 96,    St. Elmo, IL 62458-0096
15186735     +Roadrunner Concrete,    c/o David R. Fines Law Office,    402 East Market Street,
               Taylorville, IL 62568-2629
15186736      Roadrunner Concrete,    Route 2 Box 272,    Pana, IL 62557
15186738    #+Robert R. Williams,    27298 Volo Village Road,    Volo, IL 60073-9000
15186737    #+Robert and Jackie Williams,    27298 Volo Village Road,    Volo, IL 60073-9000
15186739     +Rubleys Nursery,    9689 Beersheba Road,    McMinnville, TN 37110-3953
15186740      Sheridan Nurseries Limited,    RR # 4,    Georgetown, ON L7G 4S7
15186741      Society Insurance,    P. O. Box 1029,    Fon du lac, WI 54936-1029
15527774      Steven A Johnson,    Attorney at Law,    218 NP Avenue, POB 1389,    Fargo, ND 58107-1389
15186743     +T K Packing Inc.,    4216 Miller Oaks Drive,    McHenry, IL 60051-8504
15186744      Thomas Lederleitner,    627 South Aurthur Avenue,    Arlington Heights, IL 60005-2825
15186745     +Twin Springs Nursery Inc.,    20894 Arbor Grove Road NE,    St. Paul, OR 97137-9515
15186746      Twixwood Nursery,    c/o Voss Michaels Lee,    P. O. Box 1829,    Holland, MI 49422-1829
15186747      Twixwood Nursery,    P. O. Box 247,    Berrien Springs, MI 49103-0247
15186748     +ValPac of Chicagoland,    12 Salt Creek Lane #325,    Hinsdale, IL 60521-8621
15186749     +Virginia Wagner,    22023 West Sarah Drive,    Lake Villa, IL 60046-8226
15186750     +Walker Nursery Co.,    3809 Manchester Highway,    McMinnville, TN 37110-6030
18147734     +Waste Management,    2625 W. Grandview Rd. Ste. 150,    Phoenix, AZ 85023-3109
15186751      Waste Management of Illinois,    P. O. Box 4648,    Carol Stream, IL 60197-4648
15186752     +Wenke Greenhouses,    2525 North 30th Street,    Kalamazoo, MI 49048-5883
18293424      Western Equipment Finance,Inc.,    attn. Jon R. Brakke,    P.O. Box 1389,    Fargo, N.D. 58107-1389
15527773     +Western Finance & Lease,    Payline West Inc,    420 Nolen Drive,    South Elgin, IL 60177-2238
15186753     +Wilson Landscape Supply Inc.,    43W967 IL Route 72,    Hampshire, IL 60140-9136
15186754     +Wolke Nursery,    496 Co Road 275 E,    Sigel, IL 62462-2026
15186755     +Wolke Nursery,    c/o Taylor Law Office, P.C.,    PO Box 668,    Effingham, IL 62401-0668
15186756     +Zelenka Nursery Inc.,    16127 Winans Street,    Grand Haven, MI 49417-9652
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15186679      E-mail/Text: sarthur@ceramousa.com Dec 17 2013 01:56:13     Ceramo,    P. O. Drawer 485,
               Jackson, MO 63755-0485
15186686      E-mail/Text: customernoticeseast@dexone.com Dec 17 2013 01:56:22     DEX Yellow Pages,
               8519 Innovation Way,    Chicago, IL 60682-0085
15186689     +E-mail/Text: jerry@fidelityfreight.com Dec 17 2013 01:57:02     Fidelilty Freight Services Inc.,
               203 Little Canada Road #250,    Little Cananada, MN 55117-2366
15306261      E-mail/Text: ally@ebn.phinsolutions.com Dec 17 2013 01:56:14     GMAC,    PO Box 380901,
               Bloomington, MN 55438-0901
15186700     +E-mail/Text: glenda@underwoodlaw.com Dec 17 2013 01:56:42     Hartford Insurance Company,
               c/o Underwood Law Firm,    515 Olive Street, #800,    St. Louis, MO 63101-1835
15186703      E-mail/Text: rmbncreports@supermedia.com Dec 17 2013 01:57:15     Idearc Media Corp.,
               P. O. Box 619009,    DFW Airport, TX 75261-9009
15186742      E-mail/Text: appebnmailbox@sprint.com Dec 17 2013 01:57:07     Sprint,    P. O. Box 4181,
               Carol Stream, IL 60197-4181
17935093      E-mail/Text: rmbncreports@supermedia.com Dec 17 2013 01:57:15
               Super Media formerly Idearc Media,    5601 Executive Drive,    Irving, Texas 75038
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15186676    ##+Brammer Zukowski,    5435 Bull Valley Road #H,    McHenry, IL 60050-7435
15186701    ##+Home Nursery, Inc.,    P. O. Box 307,    Edwardsville, IL 62025-0307
15186709    ##+K F Evergreens LLC,    9629 Camp Avenue,    Sparta, WI 54656-6510
15186732    ##+R.H.Donnelly/DEX,    c/o Liquidebt Systems, Inc.,    29W170 Butterfield Road, #102,
               Warrenville, IL 60555-2808
                                                                                               TOTALS: 0, * 0, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1                  User: froman                   Page 3 of 3                   Date Rcvd: Dec 16, 2013
                                      Form ID: pdf006                Total Noticed: 100
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2013                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2013 at the address(es) listed below:
              David L Hazan    on behalf of Creditor   Fifth Third Bank dlhazan@divergrach.com
              Gina B Krol, ESQ    on behalf of Trustee Joseph E Cohen gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              James M Philbrick    on behalf of Creditor   GMAC jmphilbrick@att.net
              James T Magee    on behalf of Debtor    Just Rite Home Services, Inc. bankruptcy@mageenegele.com
              Joseph E Cohen    jcohen@cohenandkrol.com,    jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
              Joseph E Cohen    on behalf of Accountant    Cooke & Lewis Ltd. jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
              Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com
              Michael T. Benz    on behalf of Creditor    Harris N.A. benz@chapman.com,    eickmann@chapman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard Wohlleber    on behalf of Creditor    Harris N.A. wohlleber@chapman.com,
               benz@chapman.com;lombardo@chapman.com
              Yan Teytelman    on behalf of Trustee Joseph E Cohen yan@ytlawfirm.com,    law_4321@yahoo.com
                                                                                             TOTAL: 12
```