# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
JUST RITE HOME SERVICES, INC.             §        Case No. 10-08641
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                         Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:         Claims Discharged
                                          Without Payment:


Total Expenses of Administration:

---

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                    .  The case was pending for      months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/JOSEPH E. COHEN _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | B  B Nursery 31827 Highway 12 Volo, IL 60073 | | | | | |
| | CNH Capital Dept CH 10460 Palatine, IL 60055-0460 | | | | | |
| | CNH Capital P. O. Box 0507 Carol Stream, IL 60132-0507 | | | | | |
| | Fifth Third Bank c/o David L. Hazan 111 North County Street Waukegan, IL 60085-4344 | | | | | |
| | Ford Motor Credit Corporation Bankruptcy Center P. O. Box 537901 Livonia, MI 48153 | | | | | |
| | CNH CAPITAL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | FIFTH THIRD BANK | | | | | |
| | FIFTH THIRD BANK | | | | | |
| | FORD MOTOR CREDIT | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ORSOLINI BROS. INC. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|-------------------|-----------------|-----------------|----------------|-------------|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| COHEN & KROL | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| COOKE & LEWIS, LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A TO Z Rental Center 129 South Route 12 Fox Lake, IL 60020 | | | | | |
| | Active Telephone & Data P. O. Box 895 Mount Prospect, IL 60056 | | | | | |
| | Alley's Nursery 2480 Bethany Road McMinnville, TN 37110 | | | | | |
| | American Marketing & Publishing P. O. Box 801 Dekalb, IL 60115 | | | | | |
| | American Nurseryman Publishing 223 West Jackson Blvd #500 Chicago, IL 60606-6904 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Atlas Bobcat Inc. 552 South Rand Road Wauconda, IL 60084 | | | | | |
| | B & G Logistics Inc. 4201 Doty Road Woodstock, IL 60098 | | | | | |
| | Basic Service Trucking Inc. P. O. Box 147 Marengo, IL 960152 | | | | | |
| | Bobs Bullet Boring Inc. 3701 Charlemain Drive Aurora, IL 60504 | | | | | |
| | Brammer Zukowski 5435 Bull Valley Road #206 McHenry, IL 60050 | | | | | |
| | Browns Tree Farm 151 John Brady Drive Pennsdale, PA 17756 | | | | | |
| | Cass-Mill Nurseries Inc. 6905 Middle Ridge Road Madison, OH 44057 | | | | | |
| | Ceramo P. O. Drawer 485 Jackson, MO 63755-0485 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Commerce Corporation P. O. Box 64384 Baltimore, MD 21264-4384 | | | | | |
| | Continental Craft Inc. 2300 North Knox Avenue Chicago, IL 60639 | | | | | |
| | Covers Nursery & Landscaping Co. 2008 Barreville Road McHenry, IL 60050 | | | | | |
| | Cruzans Nursery 146 Harmony Road Bridgetoon, NJ 08302-8521 | | | | | |
| | DEX Yellow Pages 8519 Innovation Way Chicago, IL 60682-0085 | | | | | |
| | Eastern Shore Nursery of Virginia P. O. Box 69 Keller, VA 23401 | | | | | |
| | Fidelilty Freight Services Inc. 203 Little Canada Road #250 Little Cananada, MN 55117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fresh Starts Etc. 70 Front Street 2nd Floor Berea, OH 44017 | | | | | |
| | Gehl Finance BIN 88512 Milwaukee, WI 53288 | | | | | |
| | Gerdes Wholesale Nursery, Inc. 20304 McGuire Road Harvard, IL 60033 | | | | | |
| | Granbys Greenhouse Inc. 5850 West Waupecan Road Verona, IL 60479 | | | | | |
| | Green Acres Landscaping Inc. P. O. Box 375 Ingleside, IL 60041 | | | | | |
| | Grower Equipment & Supply 294 East Belvidere Road Hainesville, IL 60030 | | | | | |
| | Hartford  Insurance Company P. O. Box 2907 Hartford, CT 06104-2907 | | | | | |
| | Hartford Insurance Company c/o Underwood Law Firm 515 Olive Street, #800 St. Louis, MO 63101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Nursery, Inc. P. O. Box 307 Edwardsville, IL 62025 | | | | | |
| | Hummingbird Greenhouse 1847 Brickville Road Sycamore, IL 60178 | | | | | |
| | Idearc Media Corp. P. O. Box 619009 DFW Airport, TX 75261-9009 | | | | | |
| | JCK Contractors Inc. 17312 Kunde Road Union, IL 60180 | | | | | |
| | Jackson & Perkins P. O. Box 9100 Medford, OR 97501 | | | | | |
| | James Nursery Inc & Atrium 21481 North Highway 12 Lake Zurich, IL 60047 | | | | | |
| | Joel Shabsin & Associates Inc. 105 Wood Stone Drive Buffalo Grove, IL 60089 | | | | | |
| | Josph H. Huemann & Sons P. O. Box 218 Ringwood, IL 60072 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | K F Evergreens LLC 9629 Camp Avenue Sparta, WI 54656 | | | | | |
| | K G Horticultural Services LLC 109 Martin Street Sharon, WI 53585 | | | | | |
| | Laichas Nursery 545 Zinns Mill Road Lebanon, PA | | | | | |
| | Lake County Acute Care 150 West Half Day Road Buffalo Grove, IL 60089 | | | | | |
| | Lake Womack Nursery Inc. 4580 McMinnville Highway Manchester, TN 37355 | | | | | |
| | Langeveld Blub Co. Inc. 3829 Paysphere Circle Chicago, IL 60674 | | | | | |
| | Leo Gentry Nursery P. O. Box 5 Gresham, OR 97030 | | | | | |
| | Leo Gentry Nursery c/o Johnson, Morgan & White 6800 Broken Sound Pkwy Boca Raton, FL 33487-2788 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mark Werner 6588 Lakeshore Drive Fox Lake, IL 60020 | | | | | |
| | Menards HSBC Business Solutions P. O. Box 5219 Carol Sream, IL 60197-5219 | | | | | |
| | Moerings USA LLC 19315 Carrico Mills Road Stevensburg, VA 22741 | | | | | |
| | Montale Gardens 25865 West Ivanhoe Road Wauconda, IL 60084 | | | | | |
| | National Seed 4720 Yender Avenue Lisle, IL 60532 | | | | | |
| | Netherland Bulb Company 13 McFadden Road Easton, PA 18045 | | | | | |
| | Northwest News Group 7717 South Route 31 Crystal Lake, IL 60014 | | | | | |
| | Olson Oil Co. Inc. 115 Old Skokie Highway Gurnee, IL 60031-7867 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Olson Oil Company c/o David J. Axelrod 1448 Old Skokie Road Highland Park, IL 60035 | | | | | |
| | Oosterhoff & Son c/o Elliott & McClure, P.C. 123 West Washington Street Momence, IL 60954 | | | | | |
| | Park Hill Plants & Trees P. O. Box 701438 Tulsa, OK 74170-1438 | | | | | |
| | Peter Snelten & Sons Inc. 25000 South Old Rand Road Wauconda, IL 60084 | | | | | |
| | Plant Life Soils d/b/a New Plant Life 0345 East Hupp Road LaPorte, IN 46350 | | | | | |
| | QT Signs 1391 Wright Boulevard Schaumbeurg, IL 60193 | | | | | |
| | R.H.Donnelly/DEX c/o Liquidebt Systems, Inc. 29W170 Butterfield Road, #102 Warrenville, IL 60555 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Richard Oosterhoff & Son 2575 South 8000 East Road Momence, IL 60954 | | | | | |
| | Richardson Brothers Inc. P. O. Box 96 St. Elmo, IL 62458 | | | | | |
| | Roadrunner Concrete Route 2 Box 272 Pana, IL 62557 | | | | | |
| | Roadrunner Concrete c/o David R. Fines Law Office 402 East Market Street Taylorville, IL 62568 | | | | | |
| | Robert and Jackie Williams 27298 Volo Village Road Volo, IL 60073 | | | | | |
| | Rubleys Nursery 9689 Beersheba Road McMinnville, TN 37110 | | | | | |
| | Sheridan Nurseries Limited RR # 4 Georgetown, ON L7G 4S7 | | | | | |
| | Society Insurance P. O. Box 1029 Fon du lac, WI 54936-1029 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sprint P. O. Box 4181 Carol Stream, IL 60197-4181 | | | | | |
| | T K Packing Inc. 4216 Miller Oaks Drive McHenry, IL 60050 | | | | | |
| | Thomas Lederleitner 627 South Aurthur Avenue Arlington Heights, IL 60005-2825 | | | | | |
| | Twin Springs Nursery Inc. 20894 Arbor Grove Road NE St. Paul, OR 97137 | | | | | |
| | Twixwood Nursery P. O. Box 247 Berrien Springs, MI 49103-0247 | | | | | |
| | Twixwood Nursery c/o Voss Michaels Lee P. O. Box 1829 Holland, MI 49422-1829 | | | | | |
| | ValPac of Chicagoland 12 Salt Creek Lane #325 Hinsdale, IL 60521 | | | | | |
| | Virginia Wagner 22023 West Sarah Drive Lake Villa, IL 60046 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Walker Nursery Co. 3809 Manchester Highway McMinnville, TN 37110 | | | | | |
| | Waste Management of Illinois P. O. Box 4648 Carol Stream, IL 60197-4648 | | | | | |
| | Wenke Greenhouses 2525 North 30th Street Kalamazoo, MI 49048 | | | | | |
| | Wilson Landscape Supply Inc. 43W967 IL Route 72 Hampshire, IL 60140 | | | | | |
| | Wolke Nursery 496 Co Road 275 E Sigel, IL 62462 | | | | | |
| | Wolke Nursery c/o Taylor Law Office, P.C. 122 East Washington Avenue Effingham, IL 62401-0668 | | | | | |
| | Zelenka Nursery Inc. 16127 Winans Street Grand Haven, MI 49417 | | | | | |
| 000016 | BASIC SERVICE TRUCKING INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CLERK, US BANKRUPTCY COURT | | | | | |
| 000011 | CNH CAPITAL AMERICA LLC | | | | | |
| 000020 | COMMERCE, LLC,DBA COMMERCE CORPORAT | | | | | |
| 000009 | DAVID J. AXELROD & ASSOCIATES | | | | | |
| 000018 | EASTERN SHORE NURSERY OF VIRGINIA | | | | | |
| 000004 | GRANBYS GREENHOUSE INC. | | | | | |
| 000017 | GREEN ACRES LANDSCAPING INC. | | | | | |
| 000013 | HARTFORD FIRE INSURANCE COMPANY | | | | | |
| 000006 | HOMEPAGES/AMERICAN MARKETING & PUBL | | | | | |
| 000022 | JAMES NURSERY INC & ATRIUM | | | | | |
| 000005 | LAKE WOMACK NURSERY INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | LEO GENTRY WHOLESALE NURSERY, INC | | | | | |
| 000001 | ORSOLINI BROS. | | | | | |
| 000010 | QT SIGNS | | | | | |
| 000008 | RICHARDSON BROTHERS INC. | | | | | |
| 000019 | ROBERT AND JACKIE WILLIAMS | | | | | |
| 000007 | SUPER MEDIA FORMERLY IDEARC MEDIA | | | | | |
| 000014 | VIRGINIA WAGNER | | | | | |
| 000015 | WASTE MANAGEMENT | | | | | |
| 000021 | WESTERN EQUIPMENT FINANCE,INC. | | | | | |
| 000012 | WOLKE NURSERY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-08641 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |

Case Name:   JUST RITE HOME SERVICES, INC.

Date Filed (f) or Converted (c):   03/01/10 (f)

341(a) Meeting Date:   03/29/10

For Period Ending:  05/14/14

Claims Bar Date:   12/23/11

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Deposits of Money (NorStates Bank) | 2,600.00 | 0.00 | | 0.00 | 0.00 |
| 2. Deposits of Money (Fifth Third Bank) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 3. Deposits of Money (Harris Bank) | 200.00 | 0.00 | | 0.00 | 0.00 |
| 4. Deposits of Money (McHenry State Bank) | 100.00 | 0.00 | | 0.00 | 0.00 |
| 5. Accounts Receivable (List Available) | 200,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. 2004 Chevrolet Dump Truck | 12,000.00 | 0.00 | | 7,500.00 | 0.00 |
| 7. 2007 Ford Dump Truck | 20,000.00 | 0.00 | | 14,000.00 | 0.00 |
| 8. 1992 Ford Dump Truck | 8,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. 1996 Trail Tech Trailer | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 10. 2000 Hogwild Trailer | 1,500.00 | 0.00 | | 600.00 | 0.00 |
| 11. 2002 Hudson Trailer | 2,000.00 | 0.00 | | 1,750.00 | 0.00 |
| 12. Homemade Trailer | 800.00 | 0.00 | | 450.00 | 0.00 |
| 13. New Holand Tractor/Loader | 15,000.00 | 0.00 | | 9,000.00 | 0.00 |
| 14. New Holland Tractor/Loader | 20,000.00 | 0.00 | | 8,000.00 | 0.00 |
| 15. Kubota Tractor/Loader | 15,000.00 | 0.00 | | 0.00 | 0.00 |
| 16. Two Bucket Attachments | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 17. Two Fork Attachments | 1,600.00 | 0.00 | | 0.00 | 0.00 |
| 18. Two Jaw Attachments | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 19. Caretree 36&quot; Tree Spade | 10,000.00 | 0.00 | | 1,750.00 | 0.00 |
| 20. Caretree 28&quot; Tree Spade | 8,000.00 | 0.00 | | 2,750.00 | 0.00 |
| 21. Caretree 24&quot; Tree Spade | 8,000.00 | 0.00 | | 3,250.00 | 0.00 |
| 22. Two Mowers and Four Golf Carts | 8,000.00 | 0.00 | | 0.00 | 0.00 |
| 23. Misc Power and Hand Tools | 10,000.00 | 0.00 | | 0.00 | 0.00 |
| 24. Cultivator | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| 25. Bushhog and Gill Cultivator | 3,500.00 | 0.00 | | 0.00 | 0.00 |
| 26. Inventory; Equipment; Office Furniture; and Nurser | 2,500,000.00 | 0.00 | | 151,846.28 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| Case No: | 10-08641 | ABG | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|---|
| Case Name: | JUST RITE HOME SERVICES, INC. | | |

| Trustee Name: | JOSEPH E. COHEN |
|---|---|
| Date Filed (f) or Converted (c): | 03/01/10 (f) |
| 341(a) Meeting Date: | 03/29/10 |
| Claims Bar Date: | 12/23/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 27. SURPLUS FROM SALE OF VEHICLE (u) | 0.00 | 1,400.00 | | 1,376.91 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 78.97 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,857,300.00 | $1,400.00 | | $202,352.16 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS EMPLOYING AN AUCTIONEER TO CONDUCT A PUBLIC AUCTION OF THE DEBTORS ASSETS.  TRUSTEE HAS SOLD THE ASSETS OF

THE DEBTOR AND REALIZED $154,896.00 IN SALE PROCEEDS.  TRUSTEE HAS DISBURSED MAJORITY OF FUNDS TO SECURED LENDER.

TRUSTEE ALSO CONDUCTING A PREFERENCE AND FRAUDULENT CONVEYANCE ANAYLSIS.  TRUSTEE TO START PREPARING HIS FINAL REPORT.

FINAL REPORT FILED AND THE FINAL HEARING IS CURRENTLY SET FOR 1/10/14 - January 15, 2014.

Initial Projected Date of Final Report (TFR): 06/30/13        Current Projected Date of Final Report (TFR): 10/31/13

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-08641  -ABG | |
| Case Name: | JUST RITE HOME SERVICES, INC. | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2010  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******3218 |
| For Period Ending: | 05/14/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 2,240.10 | | 2,240.10 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 9,619.11 | | 11,859.21 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.31 | 11,851.90 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.55 | 11,844.35 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.30 | 11,837.05 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.54 | 11,829.51 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.58 | 11,811.93 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 12.43 | 11,799.50 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.86 | 11,783.64 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.53 | 11,766.11 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.93 | 11,749.18 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.47 | 11,731.71 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.88 | 11,714.83 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.42 | 11,697.41 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.39 | 11,680.02 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.81 | 11,663.21 |
| 01/16/14 | 300002 | JOSEPH E. COHEN 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,841.76 | 9,821.45 |
| 01/16/14 | 300003 | COHEN & KROL 105 W. Madison Street Chicago, IL 60602 | Attorney for Trustee fees | | | 4,412.31 | 5,409.14 |
| | | | Fees          4,139.67 | 3110-000 | | | |
| | | | Expenses      272.64 | 3120-000 | | | |

| | | |
|---|---|---|
| Page Subtotals | 11,859.21 | 6,450.07 |

Ver: 17.05d

UST Form 101-7-TDR (5/1/2011) *(Page: 24)*

FORM 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 10-08641  -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | JUST RITE HOME SERVICES, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2010  Checking Account |
| Taxpayer ID No: | *******3218 | | |
| For Period Ending: | 05/14/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/16/14 | 300004 | COOKE & LEWIS, LTD. | Accountant  for Trustee fees | | | 2,897.50 | 2,511.64 |
| | | 2638 Patriot Blvd. | Accountant for Trustee fees | | | | |
| | | Suite 100 | | | | | |
| | | Glenview, IL 60026 | | | | | |
| | | | Fees           2,612.50 | 3410-000 | | | |
| | | | Expenses          285.00 | 3420-000 | | | |
| 01/16/14 | 300005 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 2,069.83 | 441.81 |
| 01/16/14 | 300006 | Orsolini Bros. | Claim 000001, Payment 0.02982% | 7100-000 | | 2.85 | 438.96 |
| | | 1032 Fieldstone Drive | | | | | |
| | | Marco Island, FL 34145 | | | | | |
| 01/16/14 | 300007 | Leo Gentry Wholesale Nursery, Inc | Claim 000003, Payment 0.02977% | 7100-000 | | 1.17 | 437.79 |
| | | PO Box 645 | | | | | |
| | | Gresham, OR 97030 | | | | | |
| 01/16/14 | 300008 | Granbys Greenhouse Inc. | Claim 000004, Payment 0.03009% | 7100-000 | | 0.41 | 437.38 |
| | | 5850 West Waupecan Road | | | | | |
| | | Verona, IL 60479 | | | | | |
| 01/16/14 | 300009 | Lake Womack Nursery Inc. | Claim 000005, Payment 0.02989% | 7100-000 | | 3.41 | 433.97 |
| | | 4580 McMinnville Highway | | | | | |
| | | Manchester, TN 37355 | | | | | |
| 01/16/14 | 300010 | Homepages/American Marketing & Publishing | Claim 000006, Payment 0.03000% | 7100-000 | | 0.25 | 433.72 |
| | | PO Box 982 | | | | | |
| | | Dekalb, IL 60115 | | | | | |
| * 01/16/14 | 300011 | Super Media formerly Idearc Media | Claim 000007, Payment 0.02961% | 7100-003 | | 0.58 | 433.14 |
| | | 5601 Executive Drive | | | | | |
| | | Irving, Texas 75038 | | | | | |
| 01/16/14 | 300012 | Richardson Brothers Inc. | Claim 000008, Payment 0.02986% | 7100-000 | | 7.86 | 425.28 |
| | | P. O. Box 96 | | | | | |
| | | St. Elmo, IL 62471 | | | | | |
| 01/16/14 | 300013 | David J. Axelrod & Associates | Claim 000009, Payment 0.02994% | 7100-000 | | 3.83 | 421.45 |
| | | Attorney for Olson Oil Company, Inc. | | | | | |

| | | Page Subtotals | 0.00 | 4,987.69 | |
|---|---|---|---|---|---|

Ver: 17.05d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 10-08641  -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | JUST RITE HOME SERVICES, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2010  Checking Account |
| Taxpayer ID No: | *******3218 | | |
| For Period Ending: | 05/14/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1448 Old Skokie Road, Suite C | | | | | |
| | | Highland Park, IL 60035 | | | | | |
| 01/16/14 | 300014 | QT Signs | Claim 000010, Payment 0.03013% | 7100-000 | | 0.47 | 420.98 |
| | | 1391 Wright Boulevard | | | | | |
| | | Schaumburg, IL 60193 | | | | | |
| 01/16/14 | 300015 | CNH Capital America LLC | Claim 000011, Payment 0.02971% | 7100-000 | | 0.83 | 420.15 |
| | | PO Box 3600 | | | | | |
| | | Lancaster, PA 17604 | | | | | |
| * 01/16/14 | 300016 | Wolke Nursery | Claim 000012, Payment 0.02986% | 7100-003 | | 6.44 | 413.71 |
| | | c/o Taylor Law Office, P.C. | | | | | |
| | | PO Box 668 | | | | | |
| | | Effingham, IL 62401 | | | | | |
| 01/16/14 | 300017 | Hartford Fire Insurance Company | Claim 000013, Payment 0.02987% | 7100-000 | | 18.78 | 394.93 |
| | | Bankruptcy Unit, T-1-55 | | | | | |
| | | Hartford Plaza | | | | | |
| | | Hartford, CT 06115 | | | | | |
| * 01/16/14 | 300018 | Virginia Wagner | Claim 000014, Payment 0.03000% | 7100-003 | | 0.90 | 394.03 |
| | | 22023 West Sarah Drive | | | | | |
| | | Lake Villa, IL 60046 | | | | | |
| 01/16/14 | 300019 | Waste Management | Claim 000015, Payment 0.03004% | 7100-000 | | 0.45 | 393.58 |
| | | 2625 W. Grandview Rd. Ste. 150 | | | | | |
| | | Phoenix, AZ 85023 | | | | | |
| * 01/16/14 | 300020 | Basic Service Trucking Inc. | Claim 000016, Payment 0.02933% | 7100-003 | | 0.44 | 393.14 |
| | | P. O. Box 147 | | | | | |
| | | Marengo, IL 960152 | | | | | |
| 01/16/14 | 300021 | Green Acres Landscaping Inc. | Claim 000017, Payment 0.02986% | 7100-000 | | 8.66 | 384.48 |
| | | c/o Carrie Zuniga | | | | | |
| | | 420 w. Clayton street | | | | | |
| | | Waukegan iL 60085 | | | | | |
| * 01/16/14 | 300022 | Eastern Shore Nursery of Virginia | Claim 000018, Payment 0.02983% | 7100-003 | | 0.97 | 383.51 |

|  |  | Page Subtotals | | | 0.00 | 37.94 | |

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 26)*

Ver: 17.05d

FORM 2    Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        10-08641  -ABG
Case Name:      JUST RITE HOME SERVICES, INC.

Taxpayer ID No:    *******3218
For Period Ending:  05/14/14

Trustee Name:              JOSEPH E. COHEN
Bank Name:                 ASSOCIATED BANK
Account Number / CD #:     *******2010  Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P. O. Box 69 | | | | | |
| | | Keller, VA 23401 | | | | | |
| 01/16/14 | 300023 | Robert and Jackie Williams | Claim 000019, Payment 0.02987% | 7100-000 | | 371.99 | 11.52 |
| | | 27298 Volo Village Road | | | | | |
| | | Volo, IL 60073 | | | | | |
| 01/16/14 | 300024 | Commerce, LLC,dba Commerce Corporation | Claim 000020, Payment 0.02995% | 7100-000 | | 1.51 | 10.01 |
| | | Patricia B Jefferson, Esquire | | | | | |
| | | Miles & Stockbridge PC | | | | | |
| | | 10 Light Street | | | | | |
| | | Baltimore, MD 21202 | | | | | |
| 01/16/14 | 300025 | Western Equipment Finance,Inc. | Claim 000021, Payment 0.02992% | 7100-000 | | 1.20 | 8.81 |
| | | attn. Jon R. Brakke | | | | | |
| | | P.O. Box 1389 | | | | | |
| | | Fargo, N.D. 58107-1389 | | | | | |
| 01/16/14 | 300026 | James Nursery Inc & Atrium | Claim 000022, Payment 0.02985% | 7100-000 | | 8.81 | 0.00 |
| | | 21481 North Highway 12 | | | | | |
| | | Lake Zurich, IL 60047 | | | | | |
| * 04/21/14 | 300011 | Super Media formerly Idearc Media | Claim 000007, Payment 0.02961% | 7100-003 | | -0.58 | 0.58 |
| | | 5601 Executive Drive | CHECK STILL OUTSTANDING | | | | |
| | | Irving, Texas 75038 | | | | | |
| * 04/21/14 | 300016 | Wolke Nursery | Claim 000012, Payment 0.02986% | 7100-003 | | -6.44 | 7.02 |
| | | c/o Taylor Law Office, P.C. | | | | | |
| | | PO Box 668 | | | | | |
| | | Effingham, IL 62401 | | | | | |
| * 04/21/14 | 300018 | Virginia Wagner | Claim 000014, Payment 0.03000% | 7100-003 | | -0.90 | 7.92 |
| | | 22023 West Sarah Drive | CHECK STILL OUTSTANDING | | | | |
| | | Lake Villa, IL 60046 | | | | | |
| * 04/21/14 | 300020 | Basic Service Trucking Inc. | Claim 000016, Payment 0.02933% | 7100-003 | | -0.44 | 8.36 |
| | | P. O. Box 147 | CHECK STILL OUTSTANDING | | | | |
| | | Marengo, IL 960152 | | | | | |

Page Subtotals                                    0.00            375.15

Ver: 17.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 27)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit 9

| Case No: | 10-08641  -ABG | | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | JUST RITE HOME SERVICES, INC. | | | Bank Name: | ASSOCIATED BANK |
| | | | | Account Number / CD #: | *******2010  Checking Account |
| Taxpayer ID No: | *******3218 | | | | |
| For Period Ending: | 05/14/14 | | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 04/21/14 | 300022 | Eastern Shore Nursery of Virginia | Claim 000018, Payment 0.02983% | 7100-003 | | -0.97 | 9.33 |
| | | P. O. Box 69 | CHECK STILL OUTSTANDING | | | | |
| | | Keller, VA 23401 | | | | | |
| 04/21/14 | 300027 | CLERK, US BANKRUPTCY COURT | DEPOSIT OF UNCLAIMED FUNDS | 7100-000 | | 9.33 | 0.00 |
| | | | DEPOSIT OF UNCLAIMED FUNDS | | | | |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | | 11,859.21 | 11,859.21 | 0.00 |
| Less:  Bank Transfers/CD's | | 11,859.21 | 0.00 |
| Subtotal | | 0.00 | 11,859.21 |
| Less:  Payments to Debtors | | | 0.00 |
| Net | | 0.00 | 11,859.21 |

Page Subtotals              0.00              8.36

Ver: 17.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 28)*

FORM 2

Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-08641  -ABG |
| Case Name: | JUST RITE HOME SERVICES, INC. |
| | |
| Taxpayer ID No: | *******3218 |
| For Period Ending: | 05/14/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1244  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/30/10 | 26 | Jackie Williams | Sale proceeds | 1129-000 | 35,000.00 | | 35,000.00 |
| 04/12/10 | 26 | Jackie Williams/Papagani | Sale proceeds | 1129-000 | 5,000.00 | | 40,000.00 |
| 04/19/10 | 26 | Papanani Inc. | Sale proceeds | 1129-000 | 5,000.00 | | 45,000.00 |
| 04/26/10 | 26 | JACKIE WILLIAMS/PAPAGANI | Sale proceeds | 1129-000 | 5,000.00 | | 50,000.00 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 1.11 | | 50,001.11 |
| 05/03/10 | 26 | JACKIE WILLIAMS/PAPAGANI | Sale proceeds | 1129-000 | 5,000.00 | | 55,001.11 |
| 05/03/10 | 26 | JACKIE WILLIAMS/PAPAGANI | Sale proceeds | 1129-000 | 26,000.00 | | 81,001.11 |
| 05/19/10 | 26 | American Auction Associates, Inc. | Sale proceeds | 1129-000 | 29,396.28 | | 110,397.39 |
| 05/19/10 | 27 | GMAC | Sale of Vehicle Surplus | 1229-000 | 1,376.91 | | 111,774.30 |
| | | | Sale of Vehicle | | | | |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.68 | | 111,777.98 |
| 06/01/10 | * NOTE * | AMERICAN AUCTION ASSOCIATES INC. | Sale proceeds | 1129-000 | 90,500.00 | | 202,277.98 |
| | | | * NOTE *  Properties 6, 7, 10, 11, 12, 13, 14, 19, 20, 21, 26 | | | | |
| 06/09/10 | 000301 | FORD MOTOR CREDIT | Payment of secured claim | 4210-000 | | 3,894.45 | 198,383.53 |
| | | | ACCT NO:  42385522 | | | | |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 7.82 | | 198,391.35 |
| 07/14/10 | 000302 | American Auction Associates, Inc. | Auctioneer Expenses | | | 6,381.17 | 192,010.18 |
| | | | Auctioneer Expenses | | | | |
| | | | Fees           2,939.62 | 3610-000 | | | |
| | | | Expenses     3,441.55 | 3620-000 | | | |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.27 | | 192,018.45 |
| 08/10/10 | 000303 | Orsolini Bros. Inc. | Rent | 2410-000 | | 12,634.96 | 179,383.49 |
| | | | Rent | | | | |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 8.16 | | 179,391.65 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 7.49 | | 179,399.14 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 7.62 | | 179,406.76 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 7.37 | | 179,414.13 |

Page Subtotals          202,324.71          22,910.58

FORM 2

Page:   7

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit 9**

| | | |
|---|---|---|
| Case No: | 10-08641  -ABG | |
| Case Name: | JUST RITE HOME SERVICES, INC. | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1244  Money Market Account (Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******3218 |
| For Period Ending: | 05/14/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 7.62 | | 179,421.75 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 7.62 | | 179,429.37 |
| 02/08/11 | | Transfer to Acct #*******1558 | TRANSFER TO WRITE CHECKS | 9999-000 | | 9,761.81 | 169,667.56 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.32 | | 169,668.88 |
| 03/29/11 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 83.03 | 169,585.85 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.44 | | 169,587.29 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.39 | | 169,588.68 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.45 | | 169,590.13 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.39 | | 169,591.52 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.44 | | 169,592.96 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.44 | | 169,594.40 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.39 | | 169,595.79 |
| 10/13/11 | | Transfer to Acct #*******1558 | TRANSFER TO WRITE CHECKS | 9999-000 | | 167,215.63 | 2,380.16 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.75 | | 2,380.91 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 112.98 | 2,267.93 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,267.95 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.80 | 2,265.15 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,265.17 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.79 | 2,262.38 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,262.40 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.97 | 2,259.43 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,259.45 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.69 | 2,256.76 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,256.78 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.77 | 2,254.01 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,254.03 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.86 | 2,251.17 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,251.19 |

|  |  |  |  |
|---|---|---|---|
| Page Subtotals | | 27.39 | 177,190.33 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   8

Exhibit 9

| Case No: | 10-08641  -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | JUST RITE HOME SERVICES, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1244  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3218 | | |
| For Period Ending: | 05/14/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.86 | 2,248.33 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,248.35 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.67 | 2,245.68 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,245.70 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.95 | 2,242.75 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,242.77 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 2.67 | 2,240.10 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 2,240.10 | 0.00 |

| | COLUMN TOTALS | 202,352.16 | 202,352.16 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 179,217.54 | |
| | Subtotal | 202,352.16 | 23,134.62 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 202,352.16 | 23,134.62 | |

Page Subtotals                    0.06              2,251.25

Ver: 17.05d

FOR CASE

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    9

Exhibit 9

Case No:        10-08641  -ABG
Case Name:      JUST RITE HOME SERVICES, INC.

Trustee Name:       JOSEPH E. COHEN
Bank Name:          BANK OF AMERICA, N.A.
Account Number / CD #:   *******1558  BofA - Checking Account

Taxpayer ID No:   *******3218
For Period Ending:  05/14/14

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/08/11 | | Transfer from Acct #*******1244 | TRANSFER TO WRITE CHECKS | 9999-000 | 9,761.81 | | 9,761.81 |
| 02/08/11 | 003001 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses | 3620-000 | | 9,761.81 | 0.00 |
| | | | Auctioneer Expenses | | | | |
| 10/13/11 | | Transfer from Acct #*******1244 | TRANSFER TO WRITE CHECKS | 9999-000 | 167,215.63 | | 167,215.63 |
| * 10/13/11 | 003002 | American Auction Associates, Inc. | Auctioneer Expenses | | | 15,761.81 | 151,453.82 |
| | | | Auctioneer Expenses | | | | |
| | | | Fees            6,000.00 | 3610-003 | | | |
| | | | Expenses      9,761.81 | 3620-003 | | | |
| 10/13/11 | 003003 | Joseph E. Cohen | Trustee Fees | 2100-000 | | 11,525.85 | 139,927.97 |
| | | | Trustee Fees | | | | |
| 10/13/11 | 003004 | Fifth Third Bank | Payment of secured claim | 4210-000 | | 137,848.83 | 2,079.14 |
| 10/13/11 | 003005 | CNH Capital | Payment of secured claim | 4210-000 | | 2,079.14 | 0.00 |
| | | P. O. Box 3600 | | | | | |
| | | Lancaster, PA  17604 | | | | | |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.15 | -19.15 |
| * 11/08/11 | 003002 | American Auction Associates, Inc. | Auctioneer Expenses | | | -15,761.81 | 15,742.66 |
| | | | Fees          (   6,000.00 ) | 3610-003 | | | |
| | | | Expenses    (   9,761.81 ) | 3620-003 | | | |
| 11/08/11 | 003006 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses | 3610-000 | | 6,000.00 | 9,742.66 |
| | | | Auctioneer Expenses | | | | |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.22 | 9,727.44 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.99 | 9,715.45 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.74 | 9,702.71 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.53 | 9,691.18 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.92 | 9,679.26 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.30 | 9,666.96 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.28 | 9,654.68 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.47 | 9,643.21 |

Page Subtotals                176,977.44              167,334.23

Ver: 17.05d

FORM 2

Page:   10

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        10-08641  -ABG
Case Name:   JUST RITE HOME SERVICES, INC.

Trustee Name:      JOSEPH E. COHEN
Bank Name:          BANK OF AMERICA, N.A.
Account Number / CD #:      *******1558  BofA - Checking Account

Taxpayer ID No:   *******3218
For Period Ending:  05/14/14

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.65 | 9,630.56 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 11.45 | 9,619.11 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 9,619.11 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 176,977.44 | 176,977.44 | 0.00 |
| Less:  Bank Transfers/CD's | 176,977.44 | 9,619.11 | |
| Subtotal | 0.00 | 167,358.33 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 167,358.33 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******2010 | 0.00 | 11,859.21 | 0.00 |
| Money Market Account (Interest Earn - *******1244 | 202,352.16 | 23,134.62 | 0.00 |
| BofA - Checking Account - *******1558 | 0.00 | 167,358.33 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 202,352.16 | 202,352.16 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00                9,643.21

Ver: 17.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 33)*